# EXHIBIT 2

**Andrea L. Calvaruso**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-7853
Fax: (212) 808-7897
acalvaruso@kelleydrye.com

October 6, 2026

**Via Federal Express and Email**: sbogdanowicz@sagaspiritsgroup.com; khenderson@sagaspiritsgroup.com;

Attn: CEO/General Counsel
TKC Hospitality Group LLC
230 Pisgah Pike
Versailles, KY 40383

Saga Spirits Group
11826 Ransum Dr., Unit 201
Louisville, KY 40243

Re: Unauthorized Use of Intellectual Property

Dear Sirs:

We write on behalf of Bacardi & Company Limited and Angel's Share Brands LLC (collectively "Bacardi"), the owner of all rights in the ANGEL'S ENVY trademark and related intellectual property in connection with whiskey products.

As you are aware, Wes Henderson has not been associated with the ANGEL'S ENVY brand since 2022. Nevertheless, it has come to our client's attention that True Story Whiskeys ("TSW") is making prominent unauthorized use of the ANGEL'S ENVY brand name and images of ANGEL'S ENVY packaging in connection with the promotion and sale of its own whiskey products in a manner that falsely associates the TSW company and Mr. Henderson with the ANGEL's ENVY brand. For example, the "Our Story" page on TSW's' website located at https://truestorywhiskey.com/our-story/ features large images of the ANGEL'S ENVY packaging overlaid with a timeline of the "Henderson Family Tradition" of making whiskey products.

The same page of the TSW website includes an unauthorized link to Bacardi's official ANGEL'S ENVY website under the heading "Whiskey Lineage," making a direct association between Wes Henderson and Bacardi's ANGEL'S ENVY product. This content, together with a link to Bacardi's ANGEL'S ENVY website that promotes the ANGEL'S ENVY products, is clearly intended to falsely suggest that Wes Henderson and TSW are currently associated with the ANGEL'S ENVY brand.

TSW's prominent use of the ANGEL'S ENVY brand name, images of ANGEL'S ENVY product, and a link to Bacardi's ANGEL'S ENVY website are likely to cause consumers to falsely believe that the ANGEL'S ENVY brand and products are currently associated with Wes Henderson and the TSW brand and

products. This conduct unfairly trades on the enormous goodwill associated with the ANGEL'S ENVY brand that is now owned by Bacardi in order to promote TSW and its products.

Moreover, given the recent negative press surrounding Wes Henderson related to the lawsuit filed by his daughter-in-law, such use of the ANGEL'S ENVY intellectual property in connection with Mr. Henderson and the TSW brand is likely to dilute and tarnish the value of the ANGEL'S ENVY brand[1].

In fact, numerous news reports have associated Wes Henderson with the ANGEL'S ENVY brand in their reporting about the lawsuit and the serious allegations contained therein, which we believe is due at least in part to TSW's unauthorized use of the ANGEL'S ENVY intellectual property and its deliberate attempts to continue to associate Mr. Henderson with the ANGEL'S ENVY brand. *See e.g.*

- Prominent bourbon maker Wes Henderson fired as Kentucky Castle CEO amid voyeurism lawsuit
- Kentucky Castle terminates CEO following voyeurism lawsuit

To protect Bacardi's valuable intellectual property rights associated with the ANGEL'S ENVY brand and to avoid consumer confusion and/or dilution and tarnishment of the ANGEL'S ENVY brand, we must request that TSW immediately remove all references to the ANGEL'S ENVY brand and images of ANGEL'S ENVY products from its website, social media accounts, and other promotional materials and disable any and all links to the ANGEL'S ENVY website contained on the TSW website. We also ask that TSW and its representatives and spokespersons immediately cease use of the ANGEL'S ENVY brand in any media interviews, press releases, social media, and other promotional vehicles for the TSW brand and products. Should TSW wish to refer to Mr. Henderson's prior experience with the ANGEL'S ENVY brand, it should suffice to mention that he and his father previously founded an [unnamed] premium whiskey brand.

We look forward to your written confirmation within three (3) business days that TSW has complied with these requests. In the meantime, Bacardi expressly reserves all of its rights, claims and remedies. Thank you for your anticipated cooperation.

Very truly yours,

Andrea L. Calvaruso

cc: Bacardi Company Limited

---

[1] TKC Distilling clearly understands that the serious allegations against Mr. Henderson are damaging to any brand, as it has reportedly removed him from his duties at TSW as a result of such allegations.